JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| FABRIC SELECTION, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>JAINSON'S INTERNATIONAL, INC.. a California corporation; CHARLOTTE RUSSE, INC., a California corporation; and DOES 1 through 10, Inclusive,<br><br>Defendants. | Case No.: CV 17-3577-DMG (JCx)<br><br>**ORDER RE STIPULATION FOR DISMISSAL PURSUANT TO FED. R. CIV. P. RULE 41(A) [30]** |

Pursuant to the parties' stipulation, and good cause appearing therefor,

IT IS HEREBY ORDERED that:

1. The above-captioned action is dismissed in its entirety with prejudice;
2. The parties hereto shall bear their own costs and attorneys' fees; and
3. All scheduled sates and deadlines are VACATED.

DATED: January 9, 2018

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE